**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JEFF BONOMO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-00411-SEP |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jeff Bonomo, appeals to the United States Court of Appeals for the Eighth Circuit, from the Judgment entered in this action on the 25th day of February, 2022.

Respectfully submitted,

PONDER ZIMMERMANN LLC

By   /s/ Douglas B. Ponder
　　Douglas Ponder, #54968MO
　　dbp@ponderzimmermann.com
　　Jaclyn M. Zimmermann, #57814MO
　　jmz@ponderzimmermann.com
　　20 South Sarah Street
　　St. Louis, MO  63108
　　Phone:     314-272-2621
　　FAX:       314-272-2713
　　Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2022, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all attorneys of record in this matter.

                                      /s/ Douglas B. Ponder
                                      An Attorney for Plaintiff